# PETITION TO FILE DECLARATION OF STATUS AND RECLAMATION OF PROPERTY ON THE PUBLIC RECORD

IN THE UNITED STATES DISTRICT COURT FOR THE FIRST DISTRICT OF MAINE

2026 JAN 30 A 10: 28

**Petitioner,**

KEVIN PICARD,

An American Citizen,

MISCELLANEOUS CASE NO.: 1:26-mc-00042-SDN

v.

PETITION FOR RECOGNITION OF STATUS AND

RECLAMATION OF PROPERTY

**Respondents,**

THE GOVERNMENT OF THE
UNITED STATES; and
THE UNITED STATES TRUSTEES,

TABLE OF AUTHORITIES

STATUTES

- 54 Stat. 178 (1940) …………………………………………………….. 2, 3
- Pub. L 82-225, 66 Stat. 9 (1952) ……………………………………… 3
- 36 U.S.C. § 106 (Citizenship Day and Constitution Day) ………………… 3
- 31 C.F.R. § 363.0 – 363.999 ………...………………………………….. 4

U.S. CONSTITUTION

- U.S. Const. Amend. IV …………………………………………………. 3
- U.S. Const. Amend. V …………………………………………………… 3
- U.S. Const. Amend. IX ………………………………………………….. 3

**PETITION**

    COMES NOW, **KEVIN PICARD**, hereinafter "Petitioner", an American Citizen, and files this Petition to establish his/her status upon the public record and to file a supporting Declaration as a miscellaneous matter. In support thereof, Petitioner states the following facts and conclusion of law:

### I. FACTS

1. Petitioner, **KEVIN PICARD**, is an American Citizen, born on **September 19, 1973**.
2. Petitioner has attained the age of eighteen (18) years and has therefore reached the age of majority.
3. Petitioner is the rightful holder of the Certificate of Citizenship identified as **Certificate of Citizenship No. AA614763.**
4. Petitioner seeks to establish on the public record his/her status and declaration and to provide notice of the reclamation of his/her inherent rights and responsibilities.
5. The Respondents, The Government of the United States and The United States Trustees, exercise control over the securities and the framework governing said minor account.

### II. CONCLUSIONS OF LAW

#### A. Congressional Law Expressly Defines an American Citizen Who Reaches the Age of Majority as a Sovereign Citizen.

1. The term "sovereign citizens" is not a modern fabrication but a term of art used by the Congress of United States. In the preamble of **54 Stat. 178 (1940)**, Congress declared its intent regarding "the sovereign citizens of our Nation" who must "be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic."
2. The law explicitly ties this status to those who "by coming of age or naturalization, have attained the status of citizenship." Therefore, by legal definition, an American citizen who reaches the age of majority is recognized by Congress as a "sovereign citizen."
3. This law was not repealed. Its purpose and intent were preserved and codified. In **1952, Congress passed Public Law 82-225 (66 Stat. 9) and now in 36 U.S.C. § 106.**

#### B. A "Self-Governing Republic" is Composed of Individual Sovereign Citizens.

1. The Congressional phrase "self-governing Republic" in 54 Stat. 178 refers to the foundational principle that in the United States, sovereignty resides with the people.
2. This individual sovereignty is protected by the Constitution, including:

   - The **Fourth Amendment,** securing the right of the people to be secure in their **persons, houses, papers, and effects.**
   - The **Fifth Amendment,** protecting life, liberty, and **property.**
   - The **Ninth Amendment,** affirming that the enumeration of rights shall not be construed to deny others retained by the **people.**

3. Congress's use of "sovereign citizen" was a recognition of this individual sovereignty, wherein each citizen governs their own life, property, and affairs within the constitutional framework.

### C. Respondents are Fiduciaries Whose Authority Terminated Upon Petitioner's Majority.

1. The Respondents, The Government of the United States and The United States Trustees, sit in the position of trustees and fiduciaries concerning the trust and securities associated with American citizens prior to their attainment of the age of majority.
2. The law is clear that upon attaining the age of majority, the right to control all property and securities held in a minor account reverts absolutely to the individual. The custodian, trustee, or fiduciary has no legal right to retain control after this event.
3. The regulations governing these securities, specifically **31 C.F.R. Part 363**, must be read in conjunction with this fundamental principle of law. The Respondents continued control of Petitioner's property constitutes a breach of their fiduciary duty.

### D. Sovereign Immunity Does Not Apply Against a Sovereign Citizen for this Claim.

1. The doctrine of sovereign immunity does not bar this action. The Respondents, in their role as trustees, are acting in a proprietary, not a governmental, capacity concerning Petitioner's specific property.

2. Furthermore, a sovereign citizen, as recognized by Congress, possesses individual sovereignty. The Government of the United States cannot invoke sovereign immunity against one of its own sovereigns to unlawfully retain control of that individual's private property. To do so would violate the very self-governing Republic structures that Congress intended to uphold.

### E. This Court is a Proper Repository for This Public Notice.

1. Federal district courts are courts of record. Under **28 U.S.C. § 132(a),** the Clerk of the Court is charged with maintaining the "records and papers of the court."
2. The Court's Case Management/Electronic Case Files (CM/ECF) system includes a "Miscellaneous Case" designation for matters that do not initiate a standard civil lawsuit but require an entry on the docket to establish a public record, such as petitions to file a lien, a will, or other notices.
3. Filing this Petition and accompanying Declaration as a miscellaneous matter is a proper use of the Court's record-keeping function to establish a fact of legal significance---Petitioner's status and the attendant reclamation of rights.

### PRAYER FOR RELIEF

WHEREFORE, Petitioner, **KEVIN PICARD**, an American Citizen, demands judgement against the Respondents, The Government of the United States and The United States Trustees, as follows:

1. A declaration from this Court recognizing Petitioner's status as a sovereign American citizen, as defined by 54 Stat. 178, having reached the age of majority.

2. An order compelling the Respondents to immediately return full control and dominion over all property, securities, and the estate held in the minor account to the Petitioner.
3. The filing of the attached **Declaration of Status and Reclamation** on the public record of this Court.
4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: _____                         January 30, 2026
**KEVIN PICARD, An American Citizens**                          Date Signed
c/o 119 Windsor Avenue
Madawaska, Maine [04756]
Phone No. (860)628-1202

# DECLARATION OF STATUS OF AN AMERICAN CITIZEN

**I, KEVIN PICARD**, an American Citizen, hereby declare and affirm the following under the laws of the United States:

1. I have attained the age of eighteen (18) years and have therefore reached the age of majority.
2. By reaching the age of majority, I am recognized by Congress of the United States in **54 Stat. 178 (1940)** as a sovereign citizen, prepared to assume the full responsibilities and significance of my status in our self-governing Republic.
3. I am the absolute holder and beneficial owner of the estate, including the Certificate of Citizenship and all associated securities and property that were held in a minor account for my benefit, identified as **Certificate of Citizenship No. AA614763.**
4. The Respondents, The Government of the United States and The United States Trustees, have acted as fiduciaries and trustees over said property and securities during my minority.
5. Upon my attainment of the age of majority, the fiduciary authority of the Respondents was terminated by operation of law. Their continued control over my property and securities is now unlawful.
6. I hereby reclaim my inherent rights to govern my own affairs, my own property, my own papers, and my own effects, as secured by the **Fourth, Fifth, and Ninth Amendments** to the Constitution.
7. I hereby demand the immediate return of full control and dominion over all my property, securities, and estate, including the aforementioned account, from the Respondents.

I affirm under the laws of the United States that the information contained herein is true, correct, and complete,

Executed on this __30th__ day of __January__, 2026.

_____
KEVIN PICARD
c/o 119 Windsor Avenue
Madawaska, Maine [04756]
(860)628-1202