# APOSTILLE
*(Convention de La Haye du 5 octobre 1961)*

1. Country: United States of America

2. This public document has been signed by Kurt A. Pelletier

3. acting in the capacity of Supervisory Immigration Services Officer

4. bears the seal/stamp of U. S. Department of Homeland Security

**Certified**

5. at Washington, D.C.

6. the twenty-eighth of March, 2024

7. by Assistant Authentication Officer, United States Department of State

8. No. 24021018-1

9. Seal/Stamp:

10. Signature:

Veda Matthews

# Oath of Allegiance

I hereby declare, on oath, (affirm) that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law;

and that I take this obligation freely without any mental reservation or purpose of evasion: SO HELP ME GOD. In acknowledgment whereof I have hereunto affixed my signature.

_Kevin Picard_

Subscribed and sworn (affirmed) to before me, a designated representative of the Immigration and Naturalization Service, this __20th__ day of __April__, 1991, at __Medawaska, Me.__

_James Cilito_

(Title) __Immigration Inspector.__

__April 20__, 1991.

I hereby certify that I have this day received original certificate of citizenship of which this is a duplicate.

_Kevin Picard_